# Exhibit A

**12-Person Jury**

FILED
9/30/2021 4:47 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 9/30/2021 4:47 PM   2021L009707

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| **CYNTHIA DENICOLO**<br><br>Plaintiff<br><br>vs.<br><br>**HUBBARD RADIO CHICAGO, LLC**<br><br>Defendant. | 2021L009707<br><br>**No:**<br><br>**JURY TRIAL DEMANDED** |

### COMPLAINT FOR DEFAMATION

Plaintiff, CYNTHIA DENICOLO, by her attorneys, CARMEN D. CARUSO LAW FIRM, brings a complaint for defamation *per se* against defendant HUBBARD RADIO CHICAGO, LLC ("Hubbard Radio"):

### PARTIES

1.     Plaintiff Cynthia DeNicolo is a resident of Cook County, Illinois.

2.     Defendant Hubbard Radio Chicago, LLC is a Delaware limited liability company and operator of radio station WTMX-FM, having its principal place of business in Chicago, Illinois.

### JURISDICTION AND VENUE

3.     Under 735 ILCS/5/2-209(b)(2), the Court may exercise jurisdiction over Defendant as it does business in this State.

4.     Venue is proper under 735 ILCS 5/2-101 because (1) the principal events giving rise to this Complaint took place in Cook County, Illinois, and (2) because Defendant does business in Cook County, Illinois.

FILED DATE: 9/30/2021 4:47 PM 2021L009707

## CLAIM FOR DEFAMATION *PER SE*

5.     On or about May 14, 2021, Plaintiff Cynthia DeNicolo sued Eric Ferguson, an employee of Defendant Hubbard Radio, and the host of the morning drive-time show known as "Eric in the Morning" on WTMX 101.9-FM ("The Mix"), a Chicago radio station owned and operated by Defendant Hubbard Radio.  That case is pending in the Cook County Circuit Court as Case No. 21 L 5012 (hereinafter referred to as the *"DeNicolo v. Ferguson"* case).

6.     In *DeNicolo v. Ferguson*, DeNicolo alleges that Ferguson committed the torts of intentional infliction of emotional distress and intentional interference with prospective economic advantage, causing injury to DeNicolo, based on the following verified fact allegations summarized here, without limitation:

    a. In 2000, fresh from college, Cynthia took her first "career job" at "The Mix" radio station, where Ferguson was, and remains, a prominent radio personality.  (¶¶ 13-14)[1]

    b. From 2000, when she began her job, until her termination on May 1, 2020, Cynthia was never promoted.  (¶16).

    c. Unknown to Cynthia, Ferguson was a serial abuser of women who repeatedly cheated on his wife and exploited his fame to obtain sexual favors.  (¶¶ 3, 38, 45).

    d. From 2000 to 2020, Ferguson was DeNicolo's boss, and Ferguson maintained power and control over DeNicolo including but not limited to the *de facto* power to advance or end DeNicolo's career in radio – not just at the Mix, but, as DeNicolo reasonably feared, in radio generally.  (¶17).

---

[1] "¶" refers to paragraph citations of Cynthia's Verified Complaint in *DeNicolo v. Ferguson*, filed May 14, 2021.

FILED DATE: 9/30/2021 4:47 PM    2021L009707

e. Ferguson quickly sought to exploit Cynthia. Telling her that she was replaceable, she needed to "pay her dues" and that he could make or break her career in radio, Ferguson demanded that Cynthia perform oral sex on him. (¶¶ 19-31).

f. In or about January 2004, after they both attended a different company sponsored event, Ferguson ... insisted that he drive DeNicolo home. ... Ferguson, without DeNicolo's consent, touched DeNicolo inappropriately, kissed her, and coerced her into performing oral sex. (¶ 24).

g. From January 2004 until August 2004, Ferguson continued to abuse his power over DeNicolo by coercing her into performing oral sex approximately twice a month. This coerced sexual activity typically occurred after a company sponsored work event or after the workday in DeNicolo's apartment. (¶ 25).

h. To inform Cynthia he wanted and expected her to perform oral sex, Ferguson employed code words: "*I need a back-rub.*" (¶25). Cynthia succumbed to this pressure and repeatedly performed oral sex on Ferguson for about seven months until August 2004 when she summoned the courage to refuse Ferguson's demand for sexual favors, causing her, on that occasion, to run from Ferguson's hotel room to avoid his wrath. (¶32). These acts of oral sex were purely sexual; there was no pretense of emotion (¶¶ 27-28), nor were these acts of oral sex consensual. Ferguson exploited his dominant position at work to coerce a subordinate to perform sexual acts that she would not have otherwise performed. (¶¶ 24-29, 32). The coerced sexual activity in 2004 damaged Cynthia emotionally. (¶¶ 26, 29).

i. Although Cynthia summoned the fortitude in 2004 to resist Ferguson's demands for oral sex, Ferguson continued to demand oral sex from Cynthia, at work as late as January 2020 by continuing to demand "backrubs," which Ferguson knew that Cynthia knew was his code word, at least with her, for demanding oral sex. (¶¶ 26, 33, 40).

j. Ferguson's continuing demands for oral sex from 2004 to 2020 inflicted continuing emotional distress on Cynthia, just as

FILED DATE: 9/30/2021 4:47 PM  2021L009707

Ferguson intended. Cynthia never knew when Ferguson would next ask for a "back-rub." (¶¶ 41-43).

k. Intentionally adding to Cynthia's humiliation and suffering, Ferguson would sometimes ask for "back-rubs" when other employees at The Mix were in the room. (¶40).

l. Intentionally adding to Cynthia's humiliation and suffering, Ferguson used Cynthia to baby-sit his children in his home (before he became divorced from their mother). This put Cynthia in an impossible position (caring for the children of an abuser) that greatly added to her emotional distress. (¶38).

m. Further exploiting what he clearly knew to be his power over Cynthia, Ferguson used his influence at The Mix to hold Cynthia back in her career. She did not receive the raises or promotions she should have, but Cynthia, fearing Ferguson would destroy her in the radio industry (a relatively small world), if she complained or tried to escape to another station, suffered in silence. (¶¶ 16, 30-31, 34, 37).

n. Further exploiting what he clearly knew to be his power over Cynthia, Ferguson admitted to Cynthia that he feared another woman employed by The Mix was preparing to accuse Ferguson of sexual harassment, and he warned Cynthia to stay silent and deny any allegations against him made by other women. (¶44). Cynthia reasonably believed Ferguson was threatening Cynthia's job at The Mix if Cynthia substantiated a complaining woman's report of sexual harassment (which Ferguson knew that Cynthia could easily do) or if Cynthia brought her own complaint forward. (¶44).

o. In all these ways, Ferguson intentionally and continuously inflicted emotional distress on Ferguson for nearly 17 years until The Mix invoked an involuntary employment termination program in response to the COVID-19 pandemic on May 1, 2020. Ferguson seized this opportunity to rid himself of a liability, so he arranged for Cynthia to be included in the termination. (¶¶ 47-48).

7. DeNicolo also alleges in *DeNicolo v. Ferguson* that:

FILED DATE: 9/30/2021 4:47 PM   2021L009707

Ferguson made it plain to all employees at The Mix that he was in charge of his morning show and makes all the decisions affecting the show, including personnel decisions. DeNicolo knew, for example, that:

a. The Mix gave Ferguson the right to choose his staff; Ferguson forced DeNicolo and other morning show staff members to take a personality test to determine their fit on the show;

b. Ferguson held complete control over how much DeNicolo would be integrated into the show or replaced;

c. Ferguson had influence, if not control, over DeNicolo's salary, bonus, advancement, etc.;

d. Ferguson could assign and approve DeNicolo's ability to earn additional income through special assignments and appearances; and

e. Ferguson stated that all decisions as it relates to the morning show go directly through him."

(¶23).

8. DeNicolo also alleges in *DeNicolo v. Ferguson* that:

In 2017, Ferguson admitted to DeNicolo he feared another woman employed by The Mix was preparing to make allegations of sexual harassment against him. Ferguson told DeNicolo "we need to circle the wagons" and "get our stories straight." He told her to stay silent and to deny any allegations by other women that Ferguson had engaged in inappropriate behavior. DeNicolo reasonably understood Ferguson was threatening her employment if word of his serial sexual harassment became public.

(¶44).

9. DeNicolo also alleges in *DeNicolo v. Ferguson* that:

By 2019, Hubbard Radio (by then the owner of The Mix) knew Ferguson was a serial sexual predator but decided to protect Ferguson to avoid losing the financial benefit his top-rated "Eric in

5

FILED DATE: 9/30/2021 4:47 PM 2021L009707

the Morning" show brought to the station. The employer's decision to try to keep secret Ferguson's serial misconduct emboldened Ferguson, who by then appeared to believe he was invincible. This in turn heightened DeNicolo's emotional distress.

(¶45).

10.    On or about September 27, 2021, the Chicago Tribune and other media reported on *DeNicolo v. Ferguson*, bringing DeNicolo's verified fact allegations to the attention of the public. Following this publication by the Tribune and other media, many former employees of The Mix took to social media or other avenues to express their belief that Cynthia is telling the truth and/or to relate their own experiences with Ferguson that confirm the allegations that Ferguson is a serial sexual predator and that The Mix management protected Ferguson, thus emboldening him in his unconscionable pattern of behavior, for many years.

11.    For example, but without limitation, former Mix employee Kristen Mori has voluntarily related her own experiences of unlawful sexual harassment committed by Ferguson in late 2003 in response to the Tribune story on September 27, 2021. See *Declaration of Kristen Mori*, signed under penalty of perjury on September 30, 2021, and submitted as Exhibit A (and also see Exhibit B, *Declaration of Michael Mori*, signed under penalty of perjury on September 30, 2021, corroborating Kristen Mori). As attested by Kristen and Michael Mori, Ferguson was so "out of control" that, at the radio station's Christmas party in December 2003, which was attended by many employees of The Mix, Ferguson groped Mori's breasts, an unwelcome and

FILED DATE: 9/30/2021 4:47 PM   2021L009707

uninvited act. Ferguson committed this outrageous act in full view of Mori's husband and other people (and this occurred shortly before Ferguson began targeting DeNicolo for unwelcome oral sex). But Mori knew there was a culture of silence at The Mix. Like DeNicolo, she remained silent for fear of losing her job.

12. On or about September 27, 2021, Defendant Hubbard Radio authorized its managers at the Mix to publish a written statement to all or most employees at the Mix, including many persons who know Cynthia and whose friendships she values. A screenshot of the main portions of this written statement is presented here:

(Remainder of page left blank intentionally)

FILED DATE: 9/30/2021 4:47 PM 2021L009707



4:23

Photo

< ❹ Important Update for Hubb... ∧ ∨

We recently received notice that a former employee has filed a lawsuit against Eric Ferguson. The suit alleges misconduct while employed at The Mix. As you know, we take concerns about our workplace culture and the experience of our employees very seriously, and we took steps immediately to investigate the complaint. With the full support of Hubbard Chicago and Hubbard Broadcasting we initiated an internal investigation into the claims, and then retained an outside expert to conduct a second, independent investigation. Neither investigation found evidence to corroborate the allegations of illegal workplace conduct.

We are limited in what we know or can share about this matter. We ask all of our employees to respect the privacy of the parties involved. If you receive any inquiries about the lawsuit, whether from listeners, advertisers, or other members of the media, please forward them to me.

I also want to take a moment to remind everyone of our policies around communications with management, workplace behavior, and reporting. We have an open-door policy at Hubbard Radio. If you ever have questions or concerns, you can raise them with your supervisor, with me, or with any other member of management, including Corporate management in St Paul. Additionally, if you've witnessed any type of workplace misconduct, members of the Hubbard Radio Chicago and Hubbard Broadcasting team are always available to you— including Liz Luptak, head of Hubbard Radio Chicago HR, and Brenda Smeby, head of Hubbard Broadcasting HR. Of course, I understand reporting concerns about the workplace can be uncomfortable— particularly now, with extra barriers to communicating in-person due to the pandemic. If you prefer, you may

13.    Defendant Hubbard Radio's published statements as alleged in paragraph 12 are false and defamatory to Cynthia DeNicolo.

FILED DATE: 9/30/2021 4:47 PM   2021L009707

14.     Hubbard Radio also directed its vice president and Chicago market manager, Jeff England, to repeat its false and defamatory statements about Cynthia DeNicolo in public statements it made to the media. As reported by columnist Robert Feder on September 27, 2021, in his online column:

> "Hubbard Radio learned of complaints from a former employee, Cynthia DeNicolo, related to the conduct of Eric Ferguson while they were coworkers at The Mix," Jeff England, vice president and market manager for Hubbard Chicago, said in a statement.

> "We take concerns about our workplace culture and the experience of our employees very seriously, and with the full support of Hubbard Radio Chicago and Hubbard Broadcasting we took steps immediately to investigate. An internal investigation and an independent external investigation found no evidence to corroborate allegations of illegal workplace conduct."[2]

15.     Jeff England made the statements alleged in paragraph 14 as an agent of Hubbard Radio, which is liable for those statements.

16.     Without limitation, and contrary to the false and defamatory statements published by Hubbard Radio on September 27, 2021, to the employees of the Mix and in the media as alleged, without limitation, in paragraphs 12 and 14:

> a. Hubbard Radio has had notice for many years that Ferguson has been a sexual predator who has repeatedly imposed unwelcome sexual advances on many women, made lewd,

---

[2] https://www.robertfeder.com/2021/09/27/wtmx-morning-star-eric-ferguson-sued-unwelcome-sexual-relationship/

FILED DATE: 9/30/2021 4:47 PM    2021L009707

unwelcome, and offensive comments directed at women, and
created a hostile work environment against women at the Mix.

b. Hubbard Radio had notice of the truth of the facts alleged in
paragraph 45 of the verified complaint in *DeNicolo v. Ferguson*
about the allegations made against Ferguson and Hubbard in
2017, to repeat:

> By 2019, Hubbard Radio (by then the owner of The Mix) knew
> Ferguson was a serial sexual predator but decided to protect
> Ferguson to avoid losing the financial benefit his top-rated "Eric in
> the Morning" show brought to the station. The employer's decision to
> try to try to keep secret Ferguson's serial misconduct emboldened
> Ferguson, who by then appeared to believe he was invincible. This
> in turn heightened DeNicolo's emotional distress.

(¶45).

17.    On information and belief, Hubbard Radio has repeated its false
and defamatory statements as alleged in paragraphs 12 and 14 on other
occasions, and DeNicolo's investigation continues.

18.    DeNicolo's verified fact allegations in *DeNicolo v. Ferguson* are
true, and, moreover, Hubbard Radio knew or should have known DeNicolo's
complaints against Ferguson are true.

19.    If Hubbard Radio had conducted an honest investigation with the
intent of learning the truth, then Hubbard Radio would have learned (to the
extent it did not already know) that DeNicolo's complaints against Ferguson
are true.

FILED DATE: 9/30/2024 4:47 PM    2021L009707

20. If Hubbard Radio had conducted an honest and competent investigation with the intent of learning the truth, then Hubbard Radio would not have made the published statements alleged in paragraphs 12 and 14.

21. But instead, because Ferguson has been the station's most successful on-the-air personality, and, motivated by greed, the management of The Mix, and its owner/operator Hubbard Radio, treat Ferguson as though he is a "sacred cow" that the station must never offend, and they are desperately trying to promulgate the lie that their supposed "investigation" turned up no evidence to corroborate DeNicolo. Hubbard Radio's ongoing attempt to keep Ferguson's serial abuse of women secret has only emboldened Ferguson in his conduct as a serial abuser of women over many years.

22. In no uncertain terms, the owners and management of Hubbard Radio made the conscious choice to allow Ferguson to continue as an abuser of women with full knowledge that they were creating and perpetuating an unlawful hostile work environment for female employees at The Mix including but not limited to DeNicolo. Hubbard Radio made this unconscionable decision to ignore the legal rights of female employees, and indeed, to ignore human dignity, for fear of losing the revenue that "Eric in the Morning" generates for the station.

23. Without limitation, before it made the false and defamatory statements about DeNicolo alleged in paragraphs 12 and 14, Hubbard Radio had ample notice of facts corroborating DeNicolo from credible sources that it

FILED DATE: 9/30/2021 4:47 PM    2021L009707

elected to ignore when it made its false and defamatory statements alleged in paragraphs 12 and 14.

24.    In making the statements alleged in paragraphs 12 and 14, Hubbard Radio intended that other Mix employees, the media, and the public form the opinion that DeNicolo's verified fact allegations in *DeNicolo v. Ferguson* are false.

25.    The Defendant's statements alleged in paragraphs 12 and 14 were defamatory *per se* because they injure DeNicolo's reputation for truthfulness and also impugn her in her profession.

26.    Because of Hubbard Radio's defamation *per se*, DeNicolo is presumptively injured and damaged.

27.    In making the statements alleged in paragraphs 12 and 14, Hubbard Radio intended to injure DeNicolo personally and professionally.

28.    In making the statements alleged in paragraphs 12 and 14, Hubbard Radio exhibited actual malice to DeNicolo, hoping that she be falsely branded as a liar so it, Hubbard Radio, can continue to keep a serial sexual abuser on the air and profit from "Eric in the Morning" at the expense of Cynthia DeNicolo and all other women whom Ferguson has abused and exploited.

29.    In making the statements alleged in paragraphs 12 and 14, Hubbard Radio intentionally, directly, and proximately injured Cynthia DeNicolo, whose injuries include actual damages to her personal and

FILED DATE: 9/30/2021 4:47 PM   2021L009707

professional reputation and future earning potential in amounts to be determined at trial.

30.   Additionally, in making the statements alleged in paragraphs 12 and 14, Hubbard Radio intentionally, directly, and proximately caused Cynthia DeNicolo to suffer emotional distress for which DeNicolo must be compensated and made whole.

31.   The Defendant's conduct warrants the imposition of punitive damages in an amount to be determined at trial sufficient to punish the Defendants and deter others from like misconduct.  The jury in this case must be given the opportunity to send the unmistakable message that corporate America may not tolerate sexual harassment to protect its revenue stream and may not engage in defamation against brave and credible women who take legal action against serial sexual abusers like Eric Ferguson.   Punitive damages should not be less than $10,000,000.

## Prayer for Relief

**WHEREFORE,** Cynthia DeNicolo prays for judgment against Defendant HUBBARD RADIO CHICAGO, LLC for damages to reputation in such amount as the jury may determine; for damages for emotional injury; for punitive damages in an amount sufficient to punish the Defendant and deter others from like misconduct; for costs of suit; and for such further relief as the Court deems just and proper.

## JURY DEMAND

13

Cynthia DeNicolo demands trial by jury of twelve persons.

September 30, 2021

<div style="margin-left: 40%;">

Respectfully submitted,

CYNTHIA DENICOLO, PLAINTIFF

By:     /s/ Carmen D. Caruso
            *One of her Attorneys*

</div>

Attorneys for Plaintiff:

Firm No. 36033

Carmen D. Caruso (# 6189462)
Email:        cdc@cdcaruso.com
Cell:          312-720-4539[3]

CARMEN D. CARUSO LAW FIRM
77 West Washington Street
Suite 1900
Chicago, IL 60602
(312) 626-1160
(312) 276-8646 (facsimile)

---

[3] Best way to contact during COVID.

14

FILED DATE: 9/30/2021 4:47 PM  2021L009707

FILED DATE: 9/30/2021 4:47 PM 2021L009707

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| **CYNTHIA DENICOLO** <br><br> Plaintiff <br><br> vs. <br><br> **HUBBARD RADIO CHICAGO, LLC** <br><br> Defendant. | **No:** <br><br> **JURY TRIAL DEMANDED** |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(b)

This affidavit is made pursuant to Supreme Court Rule 222(b). Under penalties of perjury as provided by §1-109 of the Codes of Civil Procedure, the undersigned certifies that the money damages sought by the Plaintiff herein exceed $50,000.

September 30, 2021          Respectfully submitted,

CYNTHIA DENICOLO, PLAINTIFF

By: */s/ Carmen D. Caruso*

By Her Attorneys:

Carmen D. Caruso Law Firm (Firm ID # 36033)
Carmen D. Caruso (# 6189462) - cdc@cdcaruso.com
77 West Washington St., Ste. 1900
Chicago, IL 60602
T: (312) 626-1160

15

FILED DATE: 9/30/2024 4:47 PM   2021L009707

# Exhibit A

To Cynthia DeNicolo's Complaint for Defamation
vs. Hubbard Radio Chicago, LLC

FILED DATE: 9/30/2021 4:47 PM   2021L009707

In the State of Ohio
County of Lucas    .

## <u>DECLARATION OF KRISTEN MORI</u>

I, KRISTEN MORI, being over the age of 18 and having personal knowledge of the following, hereby affirm that if called as a witness, I could competently testify as follows:

1.      I am a citizen of the State of Ohio and reside in Sylvania, Ohio, a part of Lucas County.

2.      On September 27, 2021, I learned that Cynthia DeNicolo sued Eric Ferguson alleging Ferguson coerced Cynthia into an improper workplace sexual relationship from 2003 through 2004, and then flaunted this improper sexual relationship over DeNicolo for many years following its conclusion by repeatedly asking Cynthia for backrubs. I learned about Cynthia's lawsuit by reading about it in an article by the Chicago Tribune and decided to contact her attorneys. In addition, many of my former co-workers shared the story with me.

3.      I worked at The Mix from 1998 to 2004. At The Mix, I worked in sales. As a result, I worked closely with Ferguson as Ferguson would endorse products and/or do live reads for some of my advertisers. On multiple occasions while I worked at The Mix, I observed Ferguson behave inappropriately toward women, including me.

4.      Approximately one year after my start date at The Mix, I offered to take Ferguson out to lunch as a thank you for doing a good job for one of my clients with

FILED DATE: 9/30/2021 4:47 PM   2021L009707

his live reads. I was twenty-nine (29) at this time, and this lunch occurred in or around the fall of 1999. This was a professional lunch, and I was married to my current husband at the time. After the lunch, I drove Ferguson back to The Mix. In the parking garage, Ferguson asked me whether my breasts were fake or real. I was shocked and disturbed by Ferguson's highly inappropriate question as I had done nothing to suggest that I wanted this type of conversation. I told him they were real, hoping that a quick answer would end the conversation and allow me to leave the car. Ferguson responded that for him to believe me he would need to feel my breasts. I was disgusted by Ferguson's words and immediately left the car after he said that. I did not report this incident because I needed Ferguson to continue doing live reads for my job, and I did not want to jeopardize my job security. I had seen enough at The Mix to know that the station's management were aware that Ferguson behaved badly with women but that the station was ignoring his serial bad behavior, presumably because Ferguson made a lot of money for the station with his show.

5.     In December 2003, I attended The Mix's Christmas party with my husband, Mike Mori. At this Christmas Party, Ferguson groped me in front of my husband and many of my co-workers. Specifically, Ferguson greeted me by hugging me, and while he was hugging me, he slipped his hands under my jacket and very clearly grabbed my breasts. When Ferguson groped me, I was standing with some of my colleagues, and my husband was watching nearby. I was shocked and disturbed by Ferguson's offensive touching, as I had done absolutely nothing to invite this behavior. I left the party immediately after with my husband. I did not report this

2

incident to The Mix's management for the same reasons I did not report Ferguson's inappropriate comments about my breasts in ¶4.

6.      Ferguson's conduct was very offensive, and that he did it so publicly made the groping even worse. My husband was infuriated at Ferguson for groping me, but I told my husband not to do anything because I feared losing my job if Ferguson was confronted. My husband and I also fought about the incident, as my husband falsely accused me of having an affair with Ferguson based on Ferguson's blatant groping.

7.      Based on my conversations with fellow co-workers during my tenure at The Mix, I know that others shared my belief that Ferguson was a creep and a pervert. I also believe that management at The Mix turned a blind eye towards Ferguson's inappropriate and offensive conduct because Ferguson brought so much revenue to The Mix.

8.      I signed this Declaration at the request of attorneys for Cynthia DeNicolo and have authorized those attorneys to use my Declaration for legal purposes as they see fit. I understand that my Declaration will be part of the public record and may be viewed by the public.

Signed under penalty of perjury under Ohio law (and Illinois law) on September 30, 2021

_Kristen Mori_
Kristen Mori (Sep 30, 2021 13:28 EDT)
KRISTEN MORI

3

FILED DATE: 9/30/2021 4:47 PM    2021L009707

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.


Dated: 9/30/21

Kristen Mori
Kristen Mori (Sep 30, 2021 13:28 EDT)

KRISTEN MORI

4

FILED DATE: 9/30/2021 4:47 PM   2021L009707

# **Exhibit B**

To Cynthia DeNicolo's Complaint for Defamation
vs. Hubbard Radio Chicago, LLC

In the State of Ohio
County of Wood

## DECLARATION OF MIKE MORI

I, MIKE MORI, being over the age of 18 and having personal knowledge of the following, hereby affirm that if called as a witness, I could competently testify as follows:

1.      I am a citizen of the State of Ohio and reside in Perrysburg, Ohio, a part of Wood County.

2.      On September 30, 2021, I learned from my wife, Kristen Mori, that Cynthia DeNicolo sued Eric Ferguson for Ferguson's improper workplace conduct at The Mix.  After the conversation with my wife, I decided to contact Cynthia's attorneys.

3.      From 2000 to 2004, I was an account executive at WDRV, which was a station under the same ownership as the Mix.  My wife, Kristen Mori, worked at The Mix from 1998 to 2004.

4.      In December 2003, I attended The Mix's Christmas Party with my wife. At this Christmas Party, Eric Ferguson groped my wife in front of me and many of my wife's co-workers.  Specifically, I saw Ferguson rubbing my wife's breast with his hand.  After I saw Ferguson grope my wife, I walked up to Ferguson and my wife. Ferguson immediately stopped groping my wife, and I could tell that my wife was shocked about what Ferguson had just done.  I was furious and considered punching Ferguson for groping my wife.  However, I did not do anything for fear of causing a scene that would result in me and my wife losing our jobs.  From my experience

1

FILED DATE: 9/30/2021 4:47 PM    2021L009707

working at WDRV and from what I knew of my wife's experience working at The Mix, I knew The Mix's ownership and WDRV's ownership would not hesitate to protect Ferguson, who made a lot of money for The Mix's ownership with his show.

5.     I signed this Declaration at the request of attorneys for Cynthia DeNicolo and have authorized those attorneys to use my Declaration for legal purposes as they see fit. I understand that my Declaration will be part of the public record and may be viewed by the public.

Signed under penalty of perjury under Ohio law (and Illinois law) on September 30, 2021.

_Michael Mori (Sep 30, 2021 14:28 EDT)_

MIKE MORI

2

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

Dated: 9/30/21

Michael Mori (Sep 30, 2021 14:28 EDT)

MIKE MORI

FILED DATE: 9/30/2021 4:47 PM    2021L009707

3